UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | Joint Administration Requested |

### NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS AND (II) FIRST DAY HEARING THEREON

**DATE AND TIME OF HEARING:** APRIL 5, 2011 AT 11:00 A.M. (EDT)

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801

**PLEASE TAKE NOTICE** that on April 1, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that, in addition to filing their respective voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Pleadings"):

A. First Day Motions

1. Motion of the Debtors for an Order Directing Joint Administration of Their Related Chapter 11 Cases [Docket No. 3 - filed April 1, 2011]

2. Motion of the Debtors for an Interim Order and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 4 - filed April 1, 2011]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC. (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

3. Motion of the Debtors for an Order Authorizing the Debtors to (I) Continue Prepetition Insurance Policies, (II) Pay Installments Under Prepetition Insurance Premium Finance Agreement, and (III) Pay all Prepetition Obligations In Respect Thereof [Docket No. 5 - filed April 1, 2011]

4. Motion of the Debtors for an Order (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Crewmembers; (C) Continue to Implement and Make Payments Under the Bonus Plans; (D) Reimbursement of Prepetition Employee Business Expenses; (E) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (F) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (G) Payment of Workers' Compensation Obligations; and (H) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing and Directing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing Payments [Docket No. 6 - filed April 1, 2011]

5. Motion of the Debtors for an Order (I) Approving Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions [Docket No. 7 - filed April 1, 2011]

6. Motion of the Debtors For an Order Authorizing the Debtors to Honor Their Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course of Business [Docket No. 8 - filed April 1, 2011]

7. Debtors' Application to Employ and Retain Phase Eleven Consultants, LLC, as Notice, Claims and Balloting Agent to the Debtors [Docket No. 9 - filed April 1, 2011]

8. Motion of the Debtors for an Order Authorizing the Debtors (I) to Pay Prepetition Claims of Certain Critical Vendors and Foreign Vendors, and (II) to Authorize and Direct Banks to Receive, Process, Honor, and Pay Checks and Transfer Requests in Connection with the Foregoing [Docket No. 10 - filed April 1, 2011]

9. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 11 - filed April 1, 2011]

B.  Declarations

1. Declaration of Mark Detillion in Support of Chapter 11 Petitions and First Day Motions [Docket No. 12 - filed April 1, 2011]

2. Declaration of Christopher Shepard in Further Support of a Sale of Substantially All Assets of Certain of the Debtors and Related Debtor-in-Possession Financing [Docket No. 19 - filed April 2, 2011]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **April 5, 2011 at 11:00 A.M. (Eastern Daylight Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 before The Honorable Kevin Gross, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: April 4, 2011
Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katherine Good*

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Sayan Bhattacharyya
Marianne Mortimer
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Proposed Counsel to the
Debtors and Debtors-in-Possession