ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMBASSADORS INTERNATIONAL, INC., <br><br> Debtor. <br><br> Tax I.D. No. 91-1688605 | Chapter 11 <br><br> Case No. 11-11002 (KG) |
| In re: <br><br> AMBASSADORS, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 33-1020860 | Chapter 11 <br><br> Case No. 11-11004 (KG) |
| In re: <br><br> AMBASSADORS CRUISE GROUP, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-3982448 | Chapter 11 <br><br> Case No. 11-11003 (KG) |
| In re: <br><br> EN BOAT LLC, <br><br> Debtor. <br><br> Tax I.D. No. 93-1328982 | Chapter 11 <br><br> Case No. 11-11006 (KG) |
| In re: <br><br> AQ BOAT, LLC, <br><br> Debtor. <br><br> Tax I.D. No. 20-4665018 | Chapter 11 <br><br> Case No. 11-11009 (KG) |
| In re: | Chapter 11 |

| | |
|---|---|
| MQ BOAT, LLC,<br><br>             Debtor.<br><br>Tax I.D. No. 20-4665095 | Case No. 11-11008 (KG) |
| In re:<br><br>DQ BOAT, LLC,<br><br>             Debtor.<br><br>Tax I.D. No. 20-4665064 | Chapter 11<br><br>Case No. 11-11010 (KG) |
| In re:<br><br>QW BOAT COMPANY LLC,<br><br>             Debtor.<br><br>Tax I.D. No. 93-1270658 | Chapter 11<br><br>Case No. 11-11005 (KG) |
| In re:<br><br>CONTESSA BOAT, LLC,<br><br>             Debtor.<br><br>Tax I.D. No. 20-8149452 | Chapter 11<br><br>Case No. 11-11007 (KG) |
| In re:<br><br>CQ BOAT, LLC<br><br>             Debtor.<br><br>Tax I.D. No. 20-8149511 | Chapter 11<br><br>Case No. 11-11011 (KG) |

| In re: | Chapter 11 |
|---|---|
| AMERICAN WEST STEAMBOAT COMPANY, LLC, | Case No. 11-11012 (KG) |
| Debtor. | |
| Tax I.D. No. 93-1270656 | |

| In re: | Chapter 11 |
|---|---|
| AMBASSADORS INTERNATIONAL CRUISE GROUP (USA), LLC, | Case No. 11-11013 (KG) |
| Debtor. | |
| Tax I.D. No. 20-8737304 | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned Debtors for entry of an order directing the joint administration of these Chapter 11 Cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1 and the consolidation thereof for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the Detillion Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and it

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

appearing that the relief requested in the Motion will reduce the administrative burdens on the Court; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Debtors' Chapter 11 Cases shall be jointly administered by this Court pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and consolidated for procedural purposes only; and it is further

ORDERED, that the Clerk of the Court shall maintain a single file and a single docket for the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Ambassadors International, Inc., Case No. 11-11002 (KG); and it is further

ORDERED, that all pleadings filed in the Debtors' Chapter 11 Cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | (Jointly Administered) |

and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

ORDERED, that the Clerk of the Court shall make a docket entry in each of the above-captioned Chapter 11 Cases, other than in Ambassadors International, Inc.'s case, substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Ambassadors International, Inc., Ambassadors, LLC, Ambassadors Cruise Group, LLC, EN Boat LLC, AQ Boat, LLC, MQ Boat, LLC, DQ Boat, LLC, QW Boat Company LLC, Contessa Boat, LLC, CQ Boat, LLC, American West Steamboat Company, LLC and Ambassadors International Cruise Group (USA), LLC. The docket in the chapter 11 case of Ambassadors International, Inc., Case No. 11-11002 (KG) should be consulted for all matters affecting this case.

and it is further

ORDERED, that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the above captioned cases; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
April 5, 2011

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE