**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 8 |

**ORDER AUTHORIZING THE DEBTORS TO HONOR
THEIR PREPETITION OBLIGATIONS TO CUSTOMERS AND TO
OTHERWISE CONTINUE PREPETITION CUSTOMER PROGRAMS
AND PRACTICES IN THE ORDINARY COURSE OF BUSINESS**

Upon consideration of the Motion[2] of the above-captioned Debtors for entry of an order pursuant to sections 105(a), 363, 1107(a) and 1108 of the Bankruptcy Code and Rule 6003 of the Bankruptcy Rules authorizing, but not directing, the Debtors to honor prepetition obligations to customers and to otherwise continue their customer programs and practices in the ordinary course of business; and upon consideration of all pleadings related thereto, including the Detillion Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties-in-interest; and it appearing that the requirements of Bankruptcy Rule 6003 have been satisfied; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors are authorized (but not required), in their sole discretion and in the ordinary course of their business operations, to honor and perform all of their prepetition obligations with respect to the Customer Programs, including, without limitation, all of their obligations with respect to Prepetition Tickets, the Charter and Corporate Incentive Programs, Shore Excursions, Ticket Refunds up to $1,250,000, Customer Credits, Foremast Club, Travel Agent Programs up to $950,000 and Barter Arrangements in accordance with the Debtors' customary practices and procedures; and it is further

ORDERED, that all applicable banks and other financial institutions are hereby authorized and directed to receive, process, honor, and pay any and all checks and transfer requests evidencing amounts paid by the Debtors under this Order whether presented prior to or after the Petition Date. Such banks and financial institutions are authorized to rely on the representations of the Debtors as to which checks are issued or authorized to be paid pursuant to this Order to the extent the Debtors have good funds standing to their credit; and it is further

ORDERED that the Debtors are authorized to continue, renew, replace, modify, implement new, and/or terminate any of the Customer Programs as the Debtors deem appropriate, in their discretion and in the ordinary course of their business operations, without further application to the Court; and it is further

ORDERED that notwithstanding the relief granted herein and any actions taken hereunder, nothing contained herein shall constitute, nor is intended to constitute, an admission as to the validity of the underlying obligation, a waiver of any rights the Debtors may have to dispute such obligation, or the assumption or adoption of any contract, agreement, or lease under 11 U.S.C. § 365; and it is further

ORDERED, that notwithstanding anything to the contrary in this Order, any payment to be made under this Order and any authorization contained herein shall be subject to the requirements imposed on the Debtors under any order of this Court approving the Debtors' debtor-in-possession financing facility and use of cash collateral and any budget in connection therewith; and it is further

ORDERED that the Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
April 5, 2011

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE