UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 17 & 18 |

## ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES; (II) APPROVING THE FORM AND MANNER OF NOTICE OF THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III) SCHEDULING AN AUCTION AND SALE HEARING; (IV) APPROVING SUCH SALE; AND (V) DISMISSING THE CHAPTER 11 BANKRUPTCY CASE OF AMBASSADORS INTERNATIONAL CRUISE GROUP (USA), LLC

Upon the motion (the "Motion to Shorten")[2] of the Sellers for entry of an order shortening notice, pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rules 2002(a)(2) and 9006(c)(1), and Local Rules 9006-1(c), 9006-1(e) and 9013-1(m), with respect to a hearing on the Sellers' Sale Motion; and it appearing that the relief requested therein is in the best interests of the Sellers' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

[2] Capitalized terms used but otherwise not defined herein shall have the meanings set forth in the *Motion for Entry of an Order Shortening Notice and Objection Periods for Motion of the Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale and (V)Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA) LLC* [Docket No. 18].

appearing that the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion to Shorten in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten was appropriate under the particular circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

1. ORDERED, that the Motion to Shorten is GRANTED; and it is further

2. ORDERED, that the Bidding Procedures Hearing requested in the Sale Motion and shall take place on **April 15, 2011 at 12:00 p.m. (prevailing Eastern Time)**; and it is further

3. ORDERED, that parties may raise objections, if any, to the Bidding Procedures (i) in writing at least two (2) days prior to the Bidding Procedures Hearing or (ii) orally at the Bidding Procedures Hearing; and it is further

4. ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: April 5, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE