**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 11- 11002 (KG) |
| Ambassadors International, Inc., et al. | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

-------------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.  **Wells Fargo Bank, National Association**, Attn: James R. Lewis, Esq., 45 Broadway, 12th Floor, New York, NY 10006, Phone: 212-515-5258 , Fax: 866-524-4681

2.  **Silverback Asset Management LLC**, Attn: Kurt Euler, 1414 Raleigh Road, Suite 250, Chapel Hill, NC 27517, Phone: 919-969-4328, Fax: 919-969-9828

3.  **David Greenhouse**

4.  **FineFoodandWineCruise.com**, Attn: Jonathan Baltuch, 2960 Pharr Ct. South, Suite 8 South, Atlanta, GA 30305, Phone: 404-668-0278, Fax: 404-549-4164

5.  **Sysco New Orleans LLC**, Attn: John Berry, 1451 River Oaks West, Harahan, LA 70123, Phone: 504-731-3203, Fax: 504-731-3379


ROBERTA A. DeANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy, for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: April 11, 2011

Attorney assigned to this case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Daniel DeFranceschi, Phone: (302) 651-7816,  Fax: (302) 651-7701