IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMBASSADORS INTERNATIONAL., INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11002 (KG)<br><br>(Jointly Administered)<br><br>Related Docket No. 83 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER ADJOURNING THE HEARING ON THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

Upon the motion (the "Motion to Shorten")[2] for an Order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling a hearing and shortening notice of the *Motion of the Official Committee of Unsecured Creditors' for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims, and Encumbrances* (the "Motion to Adjourn") filed by the Committee to the estate of the above-captioned Debtor; the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Adjourn for hearing pursuant to 28 U.S.C. §§ 157 and 1334 and (b) the Motion to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

Adjourn is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion to Adjourn shall be held on April 15, 2011 at 12:00 p.m. prevailing Eastern Time.

3. Any objection or response to the relief requested in the Motion to Adjourn must be filed and be served by 12:00 p.m. prevailing Eastern Time on April 15, 2011.

4. This Order shall be effective and enforceable immediately upon entry.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: April 14, 2011

_____
The Honorable Kevin Gross
United States Bankruptcy Judge