# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |

## *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 15, 2011 AT 12:00 P.M. (EDT)[3]

I. **MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale; and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC [Docket No. 17 - filed April 1, 2011]

    Objection/Response Deadline: April 13, 2011 at 4:00 p.m. (EDT) for written objections; Oral objections may be made at the hearing

    Related Documents:

    i. Declaration of Mark Detillion in Support of Chapter 11 Petitions and First Day Motions [Docket No. 12 - filed April 1, 2011]

    ii. Motion for Entry of an Order Shortening Notice and Objection Periods for Motion of the Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC. (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the April 12, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) **prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Thursday, April 14, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

        Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC [Docket No. 18 - filed April 1, 2011]

iii. Declaration of Christopher Shepard in Further Support of a Sale of Substantially All Assets of Certain of the Debtors and Related Debtor-in-Possession Financing [Docket No. 19 - filed April 2, 2011]

iv. Order Shortening Notice and Objection Periods for Motion of the Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling and Auction and Sale Hearing; (IV) Approving Such Sale; and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC [Docket No. 50 - filed April 5, 2011]

v. Notice of Motions, Hearing and Revised Form of Order [Docket No. 58 - filed April 6, 2011]

Objections/Responses Received:

A. Objection of the Ad Hoc Committee of Convertible Noteholders to Debtors' Motion for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale; and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC [Docket No. 81 - filed April 13, 2011]

B. United States Trustee's Objection to the Debtors' Motion for Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances [Docket No. 84 - filed April 13, 2011]

C. **Supplemental to Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; and Objection to Bidding Procedures Motion [Docket No. 93 - filed April 14, 2011]**

Status: The hearing regarding this matter will go forward with respect to the relief requested in the proposed Bidding Procedures Order (as defined in the Motion).

2.  Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances [Docket No. 82 - filed April 13, 2011]

    Objection/Response Deadline: April 15, 2011 at 12:00 p.m. (EDT)

    Related Documents:

    i.   Motion to Shorten Notice with Respect to Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances [Docket No. 83 - filed April 13, 2011]

    ii.  Order Granting Motion to Shorten Notice with Respect to Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances [Docket No. 86 - filed April 14, 2011]

    iii. **Supplemental to Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; and Objection to Bidding Procedures Motion [Docket No. 93 - filed April 14, 2011]**

    Objections/Responses Received: None to date.

Status: The hearing regarding this matter will go forward.

Dated: April **15**, 2011
Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Katherine Good*

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Sayan Bhattacharyya
Marianne Mortimer
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Proposed Counsel to the
Debtors and Debtors-in-Possession