# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Ambassadors International, Inc. | | |
| **Case Number:** | 11-11002-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 15, 2011 12:00 PM CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## *Matter:*

Bid Procedures

**R / M #:** 95 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - Judge Gross reserved ruling and scheduled Teleconference for Tuesday 4/19 @ 11:00 am

#2 - same as #1