# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Ambassadors International, Inc. | | |
| **Case Number:** | 11-11002-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 19, 2011 11:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

TELECONFERENCE

**R / M #:**   95 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:

#1 -  Approved - Order to be submitted to Chambers for Signature;  Dates scheduled -  Sale hearing 5/18/11 @ 10:00 am ;