**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., <u>et al.</u>,[1] | Case No. 11-11002 (KG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 17, 58, 81, 82, 84, & 93 |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I)
APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF
THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND
ENCUMBRANCES; (II) APPROVING THE FORM AND MANNER OF NOTICE OF
THE SALE AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; (III) AUTHORIZING CERTAIN OF THE DEBTORS
TO EXECUTE AN ASSET PURCHASE AGREEMENT; AND (IV)
<u>SCHEDULING AN AUCTION AND SALE HEARING</u>**

The undersigned certifies as follows:

1. On April 1, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") filed the *Motion of the Debtors for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale; and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC* [Docket No. 17] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC. (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

2. On April 6, 2011, the Debtors filed the *Notice of Motions, Hearing and Revised Form of Order* [Docket No. 58] (the "Initial Revised Form of Order").

3. On April 13, 2011, Ad Hoc Committee of Convertible Noteholders (the "Ad Hoc Noteholders") filed the *Objection of the Ad Hoc Committee of Convertible Noteholders to Debtors' Motion for Entry of Orders (I) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; (II) Approving the Form and Manner of Notice of the Sale and Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Scheduling an Auction and Sale Hearing; (IV) Approving Such Sale; and (V) Dismissing the Chapter 11 Bankruptcy Case of Ambassadors International Cruise Group (USA), LLC* [Docket No. 81] (the "Noteholder Objection"), the Office of the United States Trustee (the "U.S. Trustee") for the District of Delaware filed the *United States Trustee's Objection to the Debtors' Motion for Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances* [Docket No. 84] (the "U.S. Trustee Objection"), and the Official Committee of Unsecured Creditors (the "Committee") filed the *Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances* [Docket No. 82] (the "Committee Objection"). On April 14, 2011, the Committee filed the *Supplemental to Motion of the Official Committee of Unsecured Creditors for an Order Adjourning the Hearing on the Debtors' Motion for Entry of an Order Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets Free and Clear of All Liens, Claims and Encumbrances; and Objection to Bidding Procedures Motion* [Docket No.

93] (the "<u>Supplemental Committee Objection</u>" and together with the Noteholder Objection, the U.S. Trustee Objection and the Committee Objection, the "<u>Objections</u>").

        4. On April 15, 2011, the Court held a hearing on the Motion and the Objections, and on April 19, 2011, the Court held a further hearing (the "<u>April 19 Hearing</u>") and ruled on the Motion and the Objections. Following the April 19 Hearing, the Debtors prepared a revised form of order (the "<u>Revised Order</u>") consistent with the Court's ruling on the Motion at the April 19 Hearing, a copy of which is attached hereto as <u>Exhibit 1</u>. The Revised Order has been reviewed by and is acceptable to the U.S. Trustee, the Ad Hoc Noteholders, the Committee, Whippoorwill Associates, Inc. and the Debtors. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the proposed Initial Revised Form of Order filed on April 6, 2011 is attached hereto as <u>Exhibit 2</u>.

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as Exhibit 1, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: April 19, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ Katherine Good<br>Daniel J. DeFranceschi (No. 2732)<br>Michael J. Merchant (No. 3854)<br>L. Katherine Good (No. 5101)<br>Amanda R. Steele (No. 5530)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>- and -<br><br>STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen<br>Sayan Bhattacharyya<br>Marianne Mortimer<br>Matthew G. Garofalo<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>Proposed Counsel to the<br>Debtors and Debtors-in-Possession |