# EXHIBIT 2

**Form of Auction Notice**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF (I) SALE AND SOLICITATION OF BIDS TO ACQUIRE CERTAIN OF THE DEBTORS' ASSETS; (II) TERMS AND CONDITIONS OF BIDDING PROCEDURES AND; (III) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Ambassadors International, Inc., Ambassadors Cruise Group, LLC, Ambassadors, LLC, EN Boat LLC, AQ Boat, LLC, MQ Boat, LLC, DQ Boat, LLC, QW Boat Company LLC, Contessa Boat, LLC, CQ Boat, LLC and American West Steamboat Company LLC (the "Sellers") have entered into an Asset Purchase Agreement, dated as of April [___], 2011, (the "Stalking Horse Agreement"), by and among the Sellers and a designee of Whippoorwill Associates, Inc. ("Whippoorwill"), to be created prior to consummation of the Sale (defined below) (the "Stalking Horse Bidder") to sell (the "Sale") substantially all of the assets of the Sellers (the "Acquired Assets"), including (i) accounts receivable; (ii) intellectual property (including, patents, copyrights, trademarks and proprietary information); (iii) certain executory contracts (including executory agreements and licenses) and leased real property interests (collectively, the "Assigned Contracts") that are to be assumed by the Sellers and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

assigned to the Stalking Horse Bidder; (iv) documents, permits, licenses, and all books and records of the Sellers in whatever form and wherever located; and (v) all rights, claims and causes of action against third parties pertaining to the Acquired Assets, including any and all claims and causes of action arising under, or available pursuant to, the Bankruptcy Code[2] and all assets of the Sellers used or necessary to provide services in connection therewith. The purchase price (the "Purchase Price") for the Acquired Assets is estimated to be approximately Forty Million Dollars ($40,000,000), in a form payable as (i) the payment in full in cash and/or assumption by the Stalking Horse Bidder of the obligations of the Sellers under the Prepetition Working Capital Facility and the DIP Facility (each as defined in the Stalking Horse Agreement) (the "Assumed Credit Agreement Obligations"); (ii) a credit bid and release (the "Credit Bid") of the obligations of the Sellers and their subsidiaries under the 10% senior secured notes due 2010 issued by Ambassadors International, Inc. (the "Senior Secured Notes"), in an aggregate principal amount of not less than nineteen million dollars ($19,000,000); and (iii) assumption of the other Assumed Liabilities (as set forth in the Stalking Horse Agreement). The Sellers are inviting bids on the Acquired Assets. The Bankruptcy Court has entered an order (the "Bidding Procedures Order") approving auction and sale procedures (the "Bidding Procedures", which are attached as Exhibit 1 to the Bidding Procedures Order) for the Acquired Assets.[3]

    2. The Debtors propose to: (i) sell the Acquired Assets free and clear of all liens, claims or encumbrances thereon (except for Permitted Encumbrances, as defined in the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures.

[3] A copy of the Bidding Procedures is attached hereto as Exhibit 1. A copy of the Bidding Procedures Order can be obtained for free by calling the Sellers' co-counsel, Stroock & Stroock & Lavan LLP, at 212-806-5400 (Attn: Michael Magzamen) or by emailing ambassadors@stroock.com.

Stalking Horse Agreement); and (ii) assume and assign the Assigned Contracts as described in the Stalking Horse Agreement. You may obtain a copy of the Stalking Horse Agreement for free by (i) sending a written request to the Sellers' claims and noticing agent, Phase Eleven Consultants, LLC, at 11 S. LaSalle Street, 7th Floor, Chicago, Illinois 60603, (ii) calling the Sellers' co-counsel, Stroock & Stroock & Lavan LLP, at 212-806-5400 (Attn: Michael Magzamen), or (iii) emailing ambassadors@stroock.com. On or before May 3, 2011, the Sellers will file a schedule of cure obligations (the "Cure Schedule") for all potential Assigned Contracts. The Cure Schedule will include a description of each of the Sellers' contracts and leases potentially to be assumed and assigned under the Stalking Horse Agreement and the amount, if any, the Sellers believe is necessary to cure such agreements pursuant to section 365 of the Bankruptcy Code (the "Cure Costs"). A copy of the Cure Schedule, together with the Assumption and Assignment Notice, will be served on each of the non-Debtor parties listed on the Cure Schedule by first class mail on or before May 3, 2011.

3. The Bankruptcy Court has scheduled an auction of the Acquired Assets (the "Auction") for **May 16, 2011 at 10:00 a.m. (prevailing Eastern Time)** at the offices of co-counsel for the Sellers, Stroock & Stroock & Lavan, LLP, 180 Maiden Lane, New York, New York 10038. All interested parties are invited to submit a Qualifying Bid (as such term is defined in the Bidding Procedures) to acquire the Acquired Assets.

4. A hearing to approve the sale of the Acquired Assets to the Stalking Horse Bidder, or a Successful Bidder other than the Stalking Horse Bidder (the "Sale Hearing"), is scheduled to be conducted on **May 18, 2011 at 10:00 a.m. (prevailing Eastern Time)**, in the United States Bankruptcy Court for the District of Delaware, Wilmington, Delaware, or as soon thereafter as counsel may be heard.

5. Any party seeking to (i) object to the validity of the Cure Costs as determined by the Sellers or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Assigned Contracts in order for such contract or lease to be assumed and assigned; or (ii) object to the assumption and assignment of any Assigned Contracts on any other basis (including, but not limited to, objections to adequate assurance of future performance by the Successful Bidder), must file a written objection (an "Assumption and Assignment Objection") with the Bankruptcy Court setting forth the cure amount the objector asserts to be due, and the specific types and dates of the alleged defaults, pecuniary losses and conditions to assignment and the support therefor, so that such objection is filed no later than **4:00 p.m. (prevailing Eastern Time) on May 13, 2011** (the "Assumption and Assignment Objection Deadline"), and such objection shall also be served so the same is actually received on or before the Assumption and Assignment Objection Deadline by (i) co-counsel to the Sellers, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982, Attn: Kristopher M. Hansen, Fax: (212) 806-6006, E-mail: khansen@stroock.com; (ii) co-counsel to the Sellers, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Daniel J. DeFranceschi, Fax: (302) 498-7816, E-mail: defranceschi@rlf.com; (iii) financial advisor to the Sellers, Imperial Capital, LLC, 2000 Avenue of the Stars, 9th Floor, South Tower, Los Angeles, California 90067, Attn: Chris Shepard, Fax: (310) 777-3052, Email: cshepard@imperialcapital.com; (iv) proposed co-counsel for the official committee of unsecured creditors appointed in these Chapter 11 Cases (the "Committee"), Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068, Attn: John K. Sherwood, Fax: (973) 597-2539, E-mail: jsherwood@lowenstein.com; (v) proposed co-counsel for the Committee, Bifferato Gentilotti LLC, 800 North King Street,

Plaza Level, Wilmington, Delaware 19801, Attn: Garvan F. McDaniel, Fax: (302) 429-8600, E-mail: gmcdaniel@bglawde.com; (vi) proposed financial advisor to the Committee, Macquarie Capital (USA) Inc., 125 W. 55th Street, New York, New York 10019, Attn: Ed Albert, Fax: (212) 231-1717, E-mail: ed.albert@macquarie.com; (vii) counsel to Whippoorwill, Gibson Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn: Matt Williams, Fax: (212) 351-5232, Email: mjwilliams@gibsondunn.com; and (viii) counsel to the Stalking Horse Bidder (collectively, the "Notice Parties").

6. Objections to approval of the Sale, including the sale of the Acquired Assets free and clear of liens, claims, encumbrances, and interests (other than Permitted Encumbrances), must be in writing, state the basis of such objection with specificity and be filed with the Bankruptcy Court and served so as to be received by the Notice Parties on or before **12:00 p.m. (noon) (prevailing Eastern Time) on May 17, 2011.**

7. The Sale Hearing (at which the Court will consider approval of the proposed Sale) may be adjourned, from time to time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open court or on the Court's calendar.

Dated: Wilmington, Delaware
April __, 2011

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

_____
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Sayan Bhattacharyya
Marianne Mortimer
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Proposed Counsel to the Debtors
and Debtors-in-Possession