# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., <u>et al.</u>,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 26, 2011 AT 2:00 P.M. (EDT)[3]

**I. UNCONTESTED MATTERS GOING FORWARD:**

1. Motion of the Debtors for an Interim Order and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 4 - filed April 1, 2011]

   <u>Objection/Response Deadline</u>: April 20, 2011 at 4:00 p.m. (EDT)

   <u>Related Documents</u>:

   i. Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 43 - filed April 5, 2011]

   ii. Notice of Entry of "Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC. (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); American West Steamboat Company LLC (0656); and Ambassadors International Cruise Group (USA), LLC (7304). The mailing address for each Debtor is 2101 4th Avenue, Suite 210, Seattle, WA 98121.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the April 12, 2011 hearing must contact CourtCall, LLC via telephone (866-582-6878) or via facsimile (866-533-2946) **prior to 12:00 p.m. (noon) (Eastern Daylight Time) on Monday, April 25, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Determining Adequate Assurance of Payment" [Docket No. 56 - filed April 6, 2011]

    iii. **Certification of No Objection Regarding Motion of the Debtors for an Interim Order and a Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 138 - filed April 25, 2011]**

    iv. **Proposed Order**

Objections/Responses Received: None to date.

Status: **On April 25, 2011 the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.**

2. Motion of Debtors for an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 66 - filed April 11, 2011]

   Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

   Related Documents:

   i. **Certification of Counsel Regarding Order Granting Motion of the Debtors for an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 124 - filed April 21, 2011]**

   ii. **Proposed Order**

   Objections/Responses Received:

   A. Informal comments from Whippoorwill Associates, Inc.

   Status: **The Debtors have resolved the informal comments from Whippoorwill Associates, Inc. and on April 21, 2011 the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.**

3. Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Imperial Capital, LLC as Financial Advisor to the Debtors and (B) Waiving Certain Informational Requirements Pursuant to Local Rule 2016-2 [Docket No. 68 - filed April 11, 2011]

   Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

Related Documents:

i. **Certification of Counsel Regarding Order Granting Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Imperial Capital, LLC as Financial Advisor to the Debtors and (B) Waiving Certain Informational Requirements Pursuant to Local Rule 2016-2 [Docket No. 125 - filed April 21, 2011]**

ii. **Proposed Order**

Objections/Responses Received:

A. Informal response from the U.S. Trustee.

Status: **The Debtors have resolved the informal comments from the U.S. Trustee and on April 21, 2011 the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.**

## II. CONTESTED MATTERS GOING FORWARD:

4. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 11 - filed April 1, 2011]

    Objection/Response Deadline: April 19, 2011 at 4:00 p.m.; extended to April 20, 2011 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

    Related Documents:

    ii. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(d)(1) and 364(e) and (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 51 - filed April 5, 2011]

    iii. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(d)(1) and 364(e) and (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 52 - filed April 5, 2011]

iv. Notice of Entry of "Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(d)(1) and 364(e) and (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing" [Docket No. 57 - filed April 6, 2011]

v. Certification of Counsel Regarding Executed DIP Credit Agreement [Docket No. 72 - filed April 11, 2011]

vi. **Notice of Filing of Proposed Form of Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, and (V) Modifying the Automatic Stay [Docket No. 133 - filed April 25, 2011]**

vii. **Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Whippoorwill Associates, Inc. Leave and Permission to File Response of Whippoorwill Associates, Inc. to the Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of an Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling A Final Hearing [Docket No. 135 - filed April 25, 2011]**

viii. **Motion for Leave to File Reply in Support of the Motion of the Debtors for Entry of an Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling A Final Hearing [Docket No. 137 - filed April 25, 2011]**

Objections/Responses Received:

A. Objection of the Ad Hoc Committee of Convertible Noteholders to Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV)

Granting Adequate Protection , (V) Modifying the Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 34 - filed April 4, 2011]

  B. Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Postpetition Financing and Repayment of Certain Prepetition Obligations, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay and (VI) Scheduling A Final Hearing [Docket No. 117 - filed April 20, 2011]

Status: The hearing regarding this matter will go forward.

5. Motion of Debtors for Entry of an Order Extending Time Within Which to File Schedules and Statements [Docket No. 64 - filed April 11, 2011]

Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

Related Documents: None to date.

Objections/Responses Received:

  A. Informal response from the U.S. Trustee.

  B. **Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of an Order Extending Time Within Which to File Schedules and Statements [Docket No. 128 - filed April 22, 2011]**

Status: The hearing regarding this matter will go forward.

6. Motion of Debtors for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals in the Ordinary Course of Business [Docket No. 65 - filed April 11, 2011]

Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

Related Documents: None to date.

Objections/Responses Received:

  A. Informal response from the U.S. Trustee.

Status: The hearing regarding this matter will go forward.

7. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan, LLP as Attorneys to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 67 - filed April 11, 2011]

Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

Related Documents:

i. **Certification of Counsel Regarding Order Granting Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stroock & Stroock & Lavan LLP as Attorneys to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 126 - filed April 21, 2011]**

ii. **Proposed Order**

Objections/Responses Received:

A. Informal response from the U.S. Trustee.

Status: **The Debtors have resolved the informal comments from the U.S. Trustee and on April 21, 2011 the Debtors filed a certification of counsel regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.**

8. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 69 - filed April 11, 2011]

    Objection/Response Deadline: April 19, 2011 at 4:00 p.m. (EDT)

    Related Documents:

    i. **Certification of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 127 - filed April 21, 2011]**

    ii. **Proposed Order**

    Objections/Responses Received:

    A. Informal response from the U.S. Trustee.

Status: **The Debtors have resolved the informal comments from the U.S. Trustee and on April 21, 2011 the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.**

Dated: April **25**, 2011
Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

 /s/ Katherine Good
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Sayan Bhattacharyya
Marianne Mortimer
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Proposed Counsel to the
Debtors and Debtors-in-Possession