# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Ambassadors International, Inc. | | |
| **Case Number:** | 11-11002-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 26, 2011 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

## Matter:

Final DIP

**R / M #:**   139 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - CNO Filed and Order Signed
#2 - Certification of Counsel - ORDER SIGNED
#3 - Certification of Counsel - ORDER SIGNED
#4 -  Approved, Revised Order to be submitted later today or early tomorrow
#5 -  Granted - ORDER SIGNED
#6 -  Granted - Revised ORDER SIGNED
#7 - Certification of Counsel - ORDER SIGNED
#8 - CNO Filed and Order Signed