**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., <u>et al.</u>,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMBASSADORS INTERNATIONAL, INC., et al., ON BEHALF OF THE DEBTORS' ESTATES, | |
| Plaintiff, | Adv. No. 11-52002 (KG) |
| v. | |
| WHIPPOORWILL ASSOCIATES, INC.; LAW DEBENTURE TRUST COMPANY OF NEW YORK; WILMINGTON TRUST FSB; JOHN DOES 1-10; and XYZ COMPANIES 1-10; | |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON SEPTEMBER 27, 2011 AT 10:00 A.M. (EDT)**

**I.  CONTINUED MATTER:**

1. Motion of Dale Warmack for Entry of Order Granting Relief from the Automatic Stay [Docket No. 293 - filed June 13, 2011]

   <u>Objection/Response Deadline</u>: June 22, 2011 at 4:00 p.m. (EDT)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); and American West Steamboat Company LLC (0656). The chapter 11 case of Ambassadors International Cruise Group (USA), LLC (7304) was dismissed on May 19, 2011. The mailing address for each Debtor is c/o Stroock & Stroock & Lavan LLP, Attn: Michael Magzamen, 180 Maiden Lane, New York, New York 10038-4982.

Related Documents:

i.   Exhibits [Docket No. 295 – filed June 13, 2011]

Objections/Responses Received:  None to date.

Status: The parties are working to prepare an agreed form of order resolving this matter. The hearing on this matter is continued to the omnibus hearing scheduled for October 25, 2011 at 10:00 a.m.

## II.   UNCONTESTED MATTERS GOING FORWARD:

2.  Order Staying Adversary Proceeding and Amending Confidentiality Stipulation [Adv. Case No 11-52002; Adv Pro Docket No. 13 - filed July 15, 2011]

    Objection/Response Deadline:  N/A

    Related Documents:  None to date.

    Objections/Responses Received:  None to date.

    Status: A status conference on this matter will go forward.

3.  Motion for an Order, Pursuant to Local Rule 9006-1(d), Granting Whippoorwill Associates, Inc. Leave and Permission to File Its Sur-Reply to Reply of Committee to Limited Objection and Reservation of Rights With Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 398 - filed September 23, 2011]

    Objection/Response Deadline:  N/A

    Related Documents:  None to date.

    Objections/Responses Received:  None to date.

    Status: The hearing on this matter will go forward.

## III.   CONTESTED MATTER GOING FORWARD:

4.  Disclosure Statement for the Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors [Docket No. 367 – filed August 11, 2011]

    Objection/Response Deadline:  September 20, 2011 at 4:00 pm (EDT)

Related Documents:

i. Notice of (A) Filing of Disclosure Statement (B) Objection Deadline with Regard to Adequacy of the Disclosure Statement and (C) Disclosure Statement Hearing [Docket No. 368 – filed August 16, 2011]

Objections/Responses Received:

A. Objection of Whippoorwill Associates, Inc. to Disclosure Statement for the Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors [Docket No. 392 – filed September 20, 2011]

B. Joinder of Wilmington Trust, National Association, as Indenture Trustee, to Objection of Whippoorwill Associates, Inc., to the Disclosure Statement for the Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors [Docket No. 393 – filed September 20, 2011]

C. Joinder of Law Debenture Trust Company of New York, as Administrative Agent and Collateral Agent to the Objection of Whippoorwill Associates, Inc. to Disclosure Statement for the Plan of Liquidation Proposed by the Official Committee of Unsecured Creditors [Docket No. 397 – filed September 22, 2011]

D. Informal comments by the United States Trustee.

Status: A status conference on this matter will go forward.

## IV. FEE APPLICATIONS:

5. First Interim Fee Applications

   Objection Deadline: [See Exhibit A attached hereto]

   Objections/Responses Received:

   A. See items 1. A. – C. on Exhibit A

   B. Reply of the Official Committee of Unsecured Creditors to Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors and Request for Related Relief [Docket No. 394 – filed September 21, 2011]

   Related Documents: [See Exhibit A attached hereto]

   Status: The hearing on this matter will go forward.

3

Dated: September 23, 2011
Wilmington, Delaware

Respectfully submitted,

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Amanda R. Steele*

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
L. Katherine Good (No. 5101)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Sayan Bhattacharyya
Marianne Mortimer
Matthew G. Garofalo
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

Counsel to the
Debtors and Debtors-in-Possession

*EXHIBIT A*

# INDEX OF FIRST INTERIM FEE APPLICATIONS
# TO BE CONSIDERED AT THE SEPTEMBER 27, 2011 HEARING

1. First and Final Fee Application of Imperial Capital, LLC [Docket No. 287 - filed June 3, 2011]

   Related Documents:

   i. Certification of Counsel Regarding Adjourned Hearing for First and Final Fee Application of Imperial Capital, LLC and Agreement Regarding Interim Allowance of Fees Set Forth Therein [Docket No. 310 – filed June 28, 2011]

   ii. Certification of Partial No Objection Regarding First and Final Fee Application of Imperial Capital, LLC for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through May 25, 2011 [Docket No. 359 – filed August 5, 2011]

   Objections/Responses Received:

   A. Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 319 – filed July 5, 2011]

   B. Joinder of Wilmington Trust, National Association as Indenture Trustee to Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No.325 – filed July 11, 2011]

   C. Joinder of Law Debenture Trust Company of New York, as Administrative Agent and Collateral Agent to the Limited Objection of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No.335 – filed July 15, 2011]

2. First Interim Fee Application Request of Richards, Layton & Finger, P.A. for the Period April 1, 2011 through June 30, 2011 [Docket No. 350 - filed July 29, 2011]

   Related Documents:

   A. First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-

Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 283 - filed May 31, 2011]

   i. Certification of No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 351 - filed June 8, 2011]

   ii. Amended Certification of Partial No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 360 – filed August 5, 2011]

 B. Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2011 through May 31, 2011 [Docket No. 302 - filed June 20, 2011]

   i. Certification of Partial No Objection Regarding Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2011 through May 31, 2011 [Docket No. 361 - filed August 5, 2011]

 C. Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from June 1, 2011 through June 30, 2011 [Docket No. 302 - filed June 20, 2011]

Objections/Responses Received:

 A. See item 1. A.

 B. See item 1. B.

 C. See item 1. C.

3. First Interim Fee Application Request of Stroock & Stroock & Lavan LLP for the Period April 1, 2011 through June 30, 2011 [Docket No. 370 - filed August 17, 2011]

Related Documents:

 A. First Monthly Application of Stroock & Stroock & Lavan LLP for Compensation

for Services Rendered and for Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 297 - filed June 14, 2011]

    i.    Certification of Partial No Objection Regarding First Monthly Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from April 1, 2011 through April 30, 2011 [Docket No. 357 - filed August 5, 2011]

B.    Second Monthly Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2011 through May 31, 2011 [Docket No. 323 - filed July 7, 2011]

    i.    Certification of Partial No Objection Regarding Second Monthly Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 1, 2011 through May 31, 2011 [Docket No. 358 - filed August 5, 2011]

C.    Third Monthly Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from June 1, 2011 through June 30, 2011 [Docket No. 369 - filed August 17, 2011]

Objections/Responses Received:

A.    See item 1. A.

B.    See item 1. B.

C.    See item 1. C.

4.    First Interim Fee Application Request of Lowenstein Sandler PC for the Period April 13, 2011 through June 30, 2011 [Docket No. 661 - filed August 25, 2011]

    A.    First Monthly Application of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 13, 2011 through April 30, 2011 [Docket No. 296 - filed June 13, 2011]

        i.    Certification of Partial No Objection Regarding First Monthly Application of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services

Rendered and Reimbursement of Expenses for the Period of April 13, 2011 through April 30, 2011 [Docket No. 353 - filed August 5, 2011]

B. Second Monthly Application of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2011 through May 31, 2011 [Docket No. 315 - filed July 1, 2011]

    i. Certification of Partial No Objection Regarding Second Monthly Application of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2011 through May 31, 2011 [Docket No. 354 - filed August 5, 2011]

C. Third Monthly Application of Lowenstein Sandler PC as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2011 through June 30, 2011 [Docket No. 339 - filed July 18, 2011]

Objections/Responses Received:

A. See item 1. A.

B. See item 1. B.

C. See item 1. C.