# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Ambassadors International, Inc. |
| **Case Number:** | 11-11002-KG  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 27, 2011 10:00 AM   CRT#3, 6TH FL. |
| **Bankruptcy Judge:** | KEVIN GROSS |
| **Courtroom Clerk:** | SHERRY SCARUZZI |
| **Reporter / ECR:** | GINGER MACE |

## Matters:

1) OMNIBUS HEARING, First Interim FEE APPLICATIONS
   **R / M #:**   400 / 0

2) **ADV: 1-11-52002**
   **Official Committee of Unsecured Creditor vs Whippoorwill Associates, Inc.**
   Status Conference
   **R / M #:**   0 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Continued to 10-25/11 @ 10:00 am
#2 - A-11-52002 - Status Conference held - stay continued until 11/10/11 @ Noon - as So Ordered on the Record
#3 - ORDER SIGNED
#4 - Status Conference held
#5 - FEE APPLICATIONS -   a motion for 9019 Settlement should be filed;  date set 11/10/11 @ Noon; Revised Order to be submitted under Certification of Counsel