# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMBASSADORS INTERNATIONAL, INC., et al.,[1] | Case No. 11-11002 (KG) |
| Debtors. | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMBASSADORS INTERNATIONAL, INC., et al., ON BEHALF OF THE DEBTORS' ESTATES, | |
| Plaintiff, | Adv. No. 11-52002 (KG) |
| v. | |
| WHIPPOORWILL ASSOCIATES, INC.; LAW DEBENTURE TRUST COMPANY OF NEW YORK; WILMINGTON TRUST FSB; JOHN DOES 1-10; and XYZ COMPANIES 1-10; | |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 10, 2011 AT 12:00 P.M. (EDT)

**I. CONTINUED MATTERS:**

1. Motion of Dale Warmack for Entry of Order Granting Relief from the Automatic Stay [Docket No. 293 - filed June 13, 2011]

   Objection/Response Deadline: June 22, 2011 at 4:00 p.m. (EDT)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Ambassadors International, Inc. (8605); Ambassadors Cruise Group, LLC (2448); Ambassadors, LLC (0860); EN Boat LLC (8982); AQ Boat, LLC (5018); MQ Boat, LLC (5095); DQ Boat, LLC (5064); QW Boat Company LLC (0658); Contessa Boat, LLC (9452); CQ Boat, LLC (9511); and American West Steamboat Company LLC (0656). The chapter 11 case of Ambassadors International Cruise Group (USA), LLC (7304) was dismissed on May 19, 2011. The mailing address for each Debtor is c/o Stroock & Stroock & Lavan LLP, Attn: Michael Magzamen, 180 Maiden Lane, New York, New York 10038-4982.

Related Documents:

i.  Exhibits [Docket No. 295 – filed June 13, 2011]

Objections/Responses Received: None to date.

Status: The parties are working to prepare an agreed form of order resolving this matter. The hearing on this matter is continued to the next omnibus hearing in these cases.

2.  Order Staying Adversary Proceeding and Amending Confidentiality Stipulation [Adv. Case No 11-52002; Adv Pro Docket No. 13 - filed July 15, 2011]

    Objection/Response Deadline: N/A

    Related Documents: None to date.

    Objections/Responses Received: None to date.

    Status: A status conference on this matter is continued to the next omnibus hearing in these cases.

## II. FEE APPLICATIONS:

3.  Fee Applications

    Objection Deadline: [See Exhibit A attached hereto]

    Objections/Responses Received: [See Exhibit A attached hereto]

    Related Documents: [See Exhibit A attached hereto]

    i.  Certification of Counsel Regarding Omnibus Order Awarding First Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 418 – filed November 8, 2011]

    Status: A certification of counsel with respect to this matter was filed on November 8, 2011. Accordingly, a hearing is necessary only to the extent the Court has questions or concerns.

| | |
|---|---|
| Dated: November 8, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>RICHARDS, LAYTON & FINGER, P.A.<br><br>    */s/ Katherine Good*<br>Daniel J. DeFranceschi (No. 2732)<br>Michael J. Merchant (No. 3854)<br>L. Katherine Good (No. 5101)<br>Amanda R. Steele (No. 5530)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen<br>Sayan Bhattacharyya<br>Marianne Mortimer<br>Matthew G. Garofalo<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>Counsel to the<br>Debtors and Debtors-in-Possession |

## EXHIBIT A

## INDEX OF FEE APPLICATIONS
## TO BE CONSIDERED AT THE NOVEMBER 10, 2011 HEARING

1. First Interim Fee Application of Bifferato Gentilotti LLC for the Period from April 14, 2011 – June 30, 2011 [Docket No. 386 - filed September 7, 2011]

   Related Documents:

   A. First Monthly Fee Application of Bifferato Gentilotti LLC as Delaware Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 14, 2011 through April 30, 2011 [Docket No. 292 – filed June 10, 2011]

      i. Certificate of No Objection (re: Docket No. 292) [Docket No. 317 – filed July 5, 2011]

   B. Second Monthly Fee Application of Bifferato Gentilotti LLC as Delaware Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of May 1, 2011 through May 31, 2011 [Docket No. 318 – filed July 5, 2011]

      i. Certification of Partial No Objection Regarding Second Monthly Application of Bifferato Gentilotti LLC for Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors from May 1, 2011 through May 31, 2011 [Docket No. 355 – filed August 5, 2011]

   C. Third Monthly Fee Application of Bifferato Gentilotti LLC as Delaware Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of June 1, 2011 through June 30, 2011 [Docket No. 340 – filed July 20, 2011]

   D. Notice of Hearing [Docket No. 408 – filed October 20, 2011]

   Objections/Responses Received:

   E. Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 319 – filed July 5, 2011]

   F. Joinder of Wilmington Trust, National Association as Indenture Trustee to Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by

the Debtors and the Official Committee of Unsecured Creditors [Docket No.325 – filed July 11, 2011]

    G.    Joinder of Law Debenture Trust Company of New York, as Administrative Agent and Collateral Agent to the Limited Objection of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors [Docket No.335 – filed July 15, 2011]

    H.    Reply of the Official Committee of Unsecured Creditors to Limited Objection and Reservation of Rights of Whippoorwill Associates, Inc. with Respect to the Monthly Fee Applications of Case Professionals Employed by the Debtors and the Official Committee of Unsecured Creditors and Request for Related Relief [Docket No. 394 – filed September 21, 2011]

2. First Interim and Final Fee Application of Macquarie Capital (USA) Inc. for the Period from April 12, 2011 through May 19, 2011 [Docket No. 407 - filed October 20, 2011]

Related Documents:

    A.    First and Second Monthly Fee Application of Macquarie Capital (USA) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 12, 2011 through May 19, 2011 [Docket No. 334 - filed July 15, 2011]

        i.    Certification of Partial No Objection Regarding First and Second Monthly Fee Application of Macquarie Capital (USA) Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 12, 2011 through May 19, 2011 [Docket No. 356 - filed August 5, 2011]

Objections/Responses Received:

    B.    See item 1. A.

    C.    See item 1. B.

    D.    See item 1. C.

    E.    See item 1. D.

3. First and Final Fee Application of Kelley Drye & Warren LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to Official Committee of Unsecured Creditors of Ambassadors International, Inc., et al., for Period

5

RLF1 5479766v. 1

from April 11, 2011 through and Including April 13, 2011 [Docket No. 410 - filed October 20, 2011]

Related Documents: None to date.

Objections/Responses Received:

A. See item 1. A.

B. See item 1. B.

C. See item 1. C.

D. See item 1. D.

RLF1 5479766v. 1